JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 514 -- IN RE NUCORP ENERGY, INC. ET AL. SECURITIES LITIGATION

| Date | Ref. | Pleading Description |
|---|---|---|
| 82/06/21 | 1 | MOTION, BRIEF, SCHEDULE OF CASES, CERT. OF SVC., EXHIBITS -- Francis J. Campolong, James F. Brennen, Sheldon Nadler, D.M.D., P.C. and Fred Werner, Trustee of the Werner and Zaroff, P.C. Pension Plan. SUGGESTED TRANSFEREE DISTRICT: S.D. California SUGGESTED TRANSFEREE JUDGE: (eaf) |
| 82/07/01 | | APPEARANCES: WATSON B. TUCKER, ESQ. for Continental Ill. Nat'l Bank and Trust Co. of Chicago; JAMES GOLDMAN, ESQ. for Arthur Andersen & Co.; MARK E. SEGALL, ESQ. for Donaldson, Lufkin & Jenrette Sec. Corp.; DONALD M. WESSLING, ESQ. FOR Nucorp Energy, Inc.; HAYDEN J. TRUBITT, ESQ. for Richard L. Burns; CHARLES A. BIRD, ESQ. for David A. Tenwick, David W. Watt, Daniel L. Bell, Jr., Frederick Frank, John F. Masdea, Fred Hervey, A.J. PEARSON, O. MORRIS SIEVERT, DAVID A. STOLLER, Hal G. Bolton and Larry D. Corl; A. THOMAS HUNT, ESQ. for ARCO Petroleum Services, Inc. (cds) |
| 82/07/06 | 2 | REQUEST FOR EXTENSION OF TIME -- Continental Illinois Nat'l Bank and Trust Co. of Chicago -- GRANTED to and including July 28, 1982. Notified all counsel. (eaf) |
| 82/07/06 | | APPEARANCES: MILBERG, WEISS, BERSHAD & SPECTHRIE for Francis Campolong, et al.; DAVID B. GOLD, ESQ. for Sheldon Nadler (cds) |
| 82/07/08 | | APPEARANCE: PAUL M. BERNSTEIN, ESQ. for The Charles R. Sager, D.D.S., P.A. Profit Sharing Plan (cds) |
| 82/07/12 | 3 | LETTER re extension granted (see pldg. 2) -- signed by Howard Finkelstein on behalf of pltfs. (cds) |
| 82/07/28 | 4 | RESPONSE/BRIEF -- defts. Continental Illinois National Bank and Trust Co. of Chicago w/exhibit A & cert. of svc. (ds) |
| 82/08/06 | 5 | REPLY BRIEF -- Campolong, Brennen, Werner and Nadler -- w/Exhibit A and cert. of service (cds) |
| ~~82/08/20~~ | | ~~HEARING ORDER --- Setting motion to transfer A-1 thur A-4 in San F Oklahoma City, Oklahoma on Sept. 23, 1982 -- (ds)~~ |
| 82/08/20 | | HEARING ORDER -- Setting motion to transfer A-1 thur A-4 for Panel hearing in Oklahoma City, Oklahoma on Sept. 23, 1982 (ds) |
| 82/08/23 | 6 | MOTION/BRIEF -- (A-5) Decatur Income Fund, Inc. w/Schedule and cert. of svc. SUGGESTED TRANSFEREE DISTRICT: S.D. California (ds) |
| 82/09/02 | | AMENDMENT TO HEARING ORDER for litigation to be heard on September 23, 1982 in Okla. City, Okla. (eaf) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 82/09/02 | | APPEARANCE -- WILLIAM G. SCARBOROUGH, ESQ. for Decatur Income Fund, Inc.   (ds) |
| 82/09/03 | 7 | RESPONSE/BRIEF -- defts. Continental Illinois Nat'l Bank and Trust Co. of Chicago w/Exhibits A & B and cert. of svc.   (ds) |
| 82/09/14 | | REPLY BRIEF -- Movant Decatur Income Fund, Inc. w/cert. of svc.   (ds) |
| 82/09/14 | | APPEARANCE -- James R. Safley, Esq. for Continental Illinois National Bank and Trust Co.   (rew) |
| 82/09/20 | | HEARING APPEARANCES: WILLIAM S. LERACH, ESQ. for Franchis J. Campalong, et al.; GEORGE DONALDSON, ESQ. for Sheldon Nadler; William G. Scarborough, Esq.; WATSON B. TUCKER, ESQ. or PERCY L. ANGELO, ESQ. for Continental Illinois Nat'l Bank & Trust Co. of Chicago   (cds) |
| 82/09/21 | | WAIVERS OF ORAL ARGUMENT: Arthur Andersen & Co.; Richard L. Burns; Daniel L. Bell, Jr., et al.; Charles R. Sager, D.D.S., P.A. Profit Sharing Plan; FARRIS E. RAHALL; Donaldson, Lufkin & Jenrette Securities Corp.; ERCO Petroleum Services, Inc.; Bache Halsey Stuart Shields, Inc.   (cds) |
| 82/10/19 | | CONSENT OF TRANSFEREE COURT for assignment of litigation to the Honorable J. Lawrence Irving for coordinated or consolidated pretrial proceedings. (emh) |
| 82/10/19 | | TRANSFER ORDER -- transferring litigation (A-4 & A-5) to the Southern District of California pursuant to 28 U.S.C. §1407. (emh) |
| 82/11/29 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-10 Light, etal. v. Continental Ill. Nat'l Bank & Trust Co. of Chicago, N.D.Ill., 82C6438 -- Notified counsel & judges. (eaf) |
| 82/12/15 | | CONDITIONAL TRANSFER ORDER FINAL TODAY B-10 Light, et al. v. Cont. Ill. Nat'l Bank & Trust Co. of Chicago, N.D.Ill., 82C6438 NOTIFIED CLERKS AND JUDGES. (emh) |
| 83/04/12 | 8 | MOTION/BRIEF -- to transfer B-11 Preston L. Brady v. Barry J. Galt, et al., W.D.Okla.., C.A. No. 83-549-B -- Defts. Galt, Wildcat Supply, Inc., Clyde LaMar, D.Nelson, Daniel Bell, Jr., Richard L. Burns, F.Frank, Fred Hervey, John Masdea, Alvin Pearson, O. Sievert, David Stoller, David Tenwick, David Watt, Richard Langdon Cont. Ill. Nat'l Bank & Trust Co. of Chicago -- w/Exhibits and cert. of svc. (emh) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **514** --

| Date | Ref. | Pleading Description |
|---|---|---|
| 83/04/12 | 9 | MOTION/BRIEF -- to transfer B-12 Clyde C. Lamar, et al. v. Richard L. Burns, et al., D. Wyoming, C.A.No. 083-0016 -- Defts. Burns, Tenwick, Bell, Jr., Frank, Herbey, Masdea, Sievert, Stoller, Watt, Pearson, Langdon, Corl and the Circle K Corp. -- w/Exhibits and cert. of svc. (emh) |
| 83/04/15 | | HEARING ORDER -- Setting motion of defendants for transfer of B-12 Clyde C. LaMar, et al. v. Richard L. Burns, et al., D.Wyoming, C.A. No. C83-0016 for Panel Hearing in Washington, D.C. on May 19, 1983 XXXXX Also setting motion of certain defendants to transfer B-11 Preston L. Brady, etc., et al. v. Barry J. Galt, et al., W.D.Okla., C.A. No. 83-549-B (cds) |
| 83/04/27 | 10 | RESPONSE/BRIEF -- pltfs. Preston L. Brady, et al. w/Exhibits A & B and cert. of svc. (ds) |
| 83/04/28 | 11 | RESPONSE -- Frances Campolong, James Brennan, Fred Werner, Sheldon Nadler, The Charles A. Sager Profit Sharing Plan, Decatur Income Fund, Frances E. Rahall Family Trust and David Winston -- w/cert. of svc. (emh) |
| 83/04/29 | | APPERANCE -- Kenneth I. Jones for Preston L. Brady, et al. (emh) |
| 83/05/05 | 12 | RESPONSE -- pltfs. LaMar, et al. w/cert. of svc. (ds) |
| 83/05/13 | | WAIVER OF ORAL ARGUMENT -- for Panel Hearing on May 19, 1983 -- ALL WAIVED (ds) |
| 83/05/18 | | AMENDED CERT. OF SERVICE -- Frances Campolong (Class Action Plaintiffs) -- ATTACHED TO PLDG. 12 (cds) |
| 83/05/23 | | AMENDED CERT. OF SERVICE -- pltf. Nadler (attached to pldg. No. 11) (ds) |
| 83/06/03 | | TRANSFER ORDER -- transferring B-11 LaMar, et al. v. Richard L. Burns, et al., D. Wyo., C83-0016 and B-12 Brady, et al. v. Barry J. Galt, et al., W.D. Okla., 83-549-B to the S.D. Calif. for pretrial proceedings pursuant to 28 U.S.C. §1407 under Hon. J. Lawrence Irving Notified involved clerks, judges and counsel. (ds) |
| 83/07/21 | 13 | MOTION, BRIEF FOR TRANSFER OF TAG-ALONG -- C-13 LaMar, et al. v. Continental Ill. Nat'l Bank and Trust Co. of Chicago -- w/Exhibits A through D and cert. of serv.(cds) |
| 83/09/28 | | HEARING ORDER -- Setting motion of plaintiffs Clyde C. LaMar, et al. to transfer C-13 for hearing on November 1, 1983 in Savannah, Georgia. (jsj) |
| 83/10/27 | | WAIVER OF ORAL ARGUMENT -- All waived. (jsj) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 83/11/16 | | TRANSFER ORDER -- transferring C-13 LaMar, et al. v. Continental Ill. Nat'l Bank & Trust Co. of Chicago, N.D.Ill., C.A. No. 83C2862 pursuant to 28 U.S.C. §1407. Notified involved counsel, judges & clerks. (emh) |
| 84/02/06 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-14 Executive Life Insurance Co. v. Continental Illinois National Bank & Trust Co. of Chicago, et al., S.D.N.Y., C.A. No. 83-Civ-8377. Notified involved counsel and judges. (ds) |
| 84/02/22 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-14 Executive Life Ins. Co. v. Continental Ill. Nat'l Bank and Trust Co. of Chicago, et al., S.D. N.Y., C.A. No. 83 Civ. 8377 -- NOTIFIED INVOLVED JUDGES AND CLERKS (cds) |
| 84/06/14 | 14 | MOTION, MEMORANDUM -- to transfer C-16 O.D. Carlton, II v. Lehman Brothers Kuhn Loeb, Inc., et al., N.D. Georgia, C.A. No. C83-1692A -- w/exhibits and cert. of svc. -- NOTIFIED PASL and counsel in C-16 --(emh)-- filed by defts. Lehman Brothers Kuhn Loeb, Inc., Joel Butler and Frederick Frank (emh) |
| 84/06/25 | | HEARING ORDER -- Setting motion to transfer C-16 for Panel hearing in Boston, Massachusetts on July 26, 1984 (emh) |
| 84/06/28 | | APPEARANCE: EDWIN B. MISHKIN for Lehman Bros. Kuhn Loeb, Inc., Joel A. Butler and Frederick Frank (emh) |
| 84/06/29 | 15 | RESPONSE (to pldge. 14) -- O.D. Carlton, II -- w/exhibits and cert. of svc. (emh) |
| 84/07/09 | 16 | RESPONSE -- Frederick Frank, A. Jerry Pearson, John F. Masdea, Daniel L. Bell, Jr., Fred Hervey, David A. Stoller, Richard Langdon and Larry D. Corl -- w/Affidavit of Joseph J. Wheeler and cert. of service (cds) |
| 84/07/11 | 17 | REPLY -- Lehman Brothers Kuhn Loeb Inc., Joel A. Butler and Frederick Frank -- w/cert. of service (cds) |
| 84/07/13 | 18 | RESPONSE/MEMORANDUM (to pldg. 14) -- deft. David A. Tenwick -- w/cert. of svc. (emh) |

| Date | Ref. | Pleading Description |
|---|---|---|
| 84/07/23 | | HEARING APPEARANCES: JUDITH ANN RIPPS, ESQ. for Lehman Brothers Kuhn Loeb Incorporated, Joel A. Butler, Frederick Frank; WILLIAM E. SUMNER, ESQ. for O.D. Carlton, II; WAIVERS OF ORAL ARGUMENT: Richard L. Burns; Clyde C. LaMar; Arthur Andersen & Co.; Donaldson, Lufkin & Jenrette Securities Corp.; Continental Illinois National Bank & Trust Company of Chicago; O. Morris Sievert; David W. Watt; David Tenwick; Daniel Bell; Larry D. Corl; Frederick Frank; Fred Hervey; Richard Langdon; John Masdea; A.J. Pearson; David Stoller; Decatur Income Fund, Inc.; Executive Life Insurance Company; ERCO Petroleum Services, Inc.; Sheldon Nadler; Francis J. Campolong, et al. (rh) |
| 84/08/02 | | TRANSFER ORDER -- transferring C-16 O.D. Carlton, II v. Lehman Brothers Kuhn Loeb, Inc., et al., N.D. Georgia, C.A. No. C83-1692A pursuant to U.S.C. §1407. Notified involved counsel, judges & clerks. (rh) |
| 85/04/19 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-17 The AD HOC Protective Committee for the 19 3/4%-10% Delayed Convertible Debentures of Nucorp Energy, Inc. v. Continental Illinois National Bank & Trust Co. of Chicago, et al., S.D. New York, C.A. No. 85-CIV-1910 -- Notified involved counsel and judge. (rh) |
| 85/05/07 | | CONTITIONAL TRANSFER ORDER FINAL TODAY -- C-17 The AD HOC Protective Committe for the 19 3/4%-10% Delayed Convertible Debentures of nucorp Energy, Inc. v. Continental Illinois Nation Bank & Trust Co. of Chicago, et al., S.D. New York, C.A. No. 85-CIV-1910 -- Notified involved judges and clerks (rh) |
| 85/09/13 | | CONDITIONAL TRASNFER ORDER FILED TODAY -- D-18 LaSalle National Bank v. Richard L. Burns, et al., N.D. Illinois, C.A. No. 85-C-06748 -- Notified involved counsel and judges (rh) |
| 85/09/27 | 19 | NOTICE OF OPPOSITION TO CTO (D-18) LaSalle Nat'l Bank v. Richard Burnes, et al., N.D. Ill., #85-C-06748 -- pltf. LaSalle Nat'l Bank -- NOTIFIED INVOLVED COUNSEL (cds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 514 -- In re Nucorp Energy, Inc., et al. Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/10/15 | 20 | MOTION/BRIEF -- LaSALLE NATIONAL BANK -- (re Pleading No. 19) TO VACATE CTO -- D-18, with certificate of service, LaSalle National Bank v. Richard L. Burns, et al., N.D. Ill., C.A. No. 85-C-06748  (paa) |
| 85/10/17 |  | HEARING ORDER -- Setting D-18 LaSalle National Bank v. Richard L. Burns, et al., N.D. Ill. C.A. No. 85-C-6748 for hearing on November 21, 1985 in Portland, Oregon. |
| 85/10/30 | 21 | STIPULATION REGARDING TIME FOR RESPONSE TO MOTION (pldg. #20) -- filed by plaintiff LaSalle National Bank w/cert. of svc. -- Time to respond to motion is extended to and including December 11, 1985 -- Notified involved counsel. (ds) |
| 85/11/01 |  | ORDER EXTENDING TIME TO FILE RESPONSE AND VACATING HEARING ORDER -- D-18 LaSalle National Bank v. Richard L. Burns, et al., N.D. Illinois, C.A. No. 85-C-06748 -- Notified involved counsel, judge and clerk (rh) |
| 85/12/06 | 22 | Request for extention -- majority defendants -- D-18 -- LaSalle National Bank v. Richard L. Burns, et al., N.D. Illinois, C.A. No. 85-C-06748. GRANTED TO ALL PARTIES TO AND INCLUDING February 10, 1986. Notified all counsel. (paa) |
| 86/02/12 | 23 | REQUEST FOR EXTENSION OF TIME -- (to pldg. #20) Majority defendants -- DENIED (rh) |
| 86/02/20 |  | CONDITIONAL REMAND ORDER FILED TODAY -- Clyde C. LaMar, et al. v. Richard L. Burns, et al., District of Wyoming, C.A. No. 83-0016 (Southern District of California, C.A. No. 83-1034 JLI (M)).  (paa) |
| 86/02/20 |  | HEARING ORDER -- Setting opposition of D-18 LaSalle National Bank v. Richard L. Burns, et al. for hearing in San Francisco, Calif. on March 27, 1986  (rh) |
| 86/03/07 |  | CONDITIONAL REMAND ORDER FINAL TODAY -- Clyde C. LaMar, et al. v. Richard L. Burns, et al., District of Wyoming, C.A. No. 83-0016 (Southern District of California, C.A. No. 83-1034 JLI (M) -- NOTIFIED CLERKS and JUDGE.  (paa) |
| 86/03/13 | 24 | SUPPLEMENTAL BRIEF -- LaSalle National Bank -- w/Exhibit A and cert. of svc.  (paa) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ --

| Date | No. | Pleading Description |
|---|---|---|
| 86/03/20 | 25 | SUGGESTION OF REMAND -- (Re CRO filed 3/7/86) B-12 Lamar, et al v. Burns, et al. -- signed by Judge Irving on January 15, 1986  (paa) |
| 86/03/25 | | Waivers of Oral Argument for March 27, 1986 hearing in San Franciso, CA. |
| 86/04/10 | | ORDER DENYING TRANSFER FILED TODAY -- Pursuant to U.S.C. §1407 -- D-18 LaSalle National Bank v. Richard L. Burns, et al., N.D. Illinois, C.A. No. 85-6748 -- Notified involved counsel, clerks and judges.  (paa) |

JPML FORM 1A

JPML Form 1

Revised: 8/78

DOCKET NO. 514 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE NUCORP ENERGY, INC. ET AL. SECURITIES LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 9/23/82 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 10/19/82 | TO | Unpublished | S.D. Calif. | J. Lawrence Irving | |

Rebecca L. Rosendahl
Deputy Clerk
U. S. District Court
940 Front St., Room 1N20
San Diego, CA  92189

Special Transferee Information

DATE CLOSED: 3/29/89

JPML FORM 1  LISTING OF INVOLVED ACTIONS  HONORABLE J. LAWRENCE IRVING
SOUTHERN DISTRICT OF CALIFORNIA

DOCKET NO. 514 -- IN RE NUCORP ENERGY, INC. ET AL. SECURITIES LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Francis J. Campolong, et al. v. Nucorp Energy, Inc., et al. | S.D.Cal. Gilliam Irving | 82-0298-S(H) JLI(M) | | | 2/2/89 D | |
| A-2 | Sheldon Nadler, D.M.D., P.C., etc. v. Nucorp Energy, Inc., et al. | S.D.Cal. Gilliam Irving | 82-0523-G(I) JLI(M) | | | 2/2/89 D | |
| A-3 | The Charles R. Sager, D.D.S., P.A. Profit Sharing Plan v. Nucorp Energy, Inc., et al. | S.D.Cal. Gilliam Irving | 82-0718-N JLI(M) | | | 2/2/89 D | |
| A-4 | Francis J. Campolong, et al. v. Continental Illinois National Bank and Trust Co. of Chicago | N.D.Ill. Parsons | 82-C-3204 | OCT 1 9 1982 | 82-1440-JLI(I) | 3/17/89 D | |
| A-5 | Decatur Income Fund, Inc. v. Continental Illinois National Bank and Trust Co. of Chicago | N.D.Ill. Shadur | 82-C-4594 | OCT 1 9 1982 | 82-1441-JLI(I) | 3/17/89 D | |
| A-6 | Decatur Income Fund, Inc. v. Nucorp Energy, Inc., et al. | S.D.Cal Gilliam Irving | 82-0900-G(I) JLI(M) | | | 2/2/89 D | |
| A-7 | David Winston v. Nucorp Energy, Inc., et al. | S.D.Cal Gilliam Irving | 82-0940-G-(I) JLI(M) | | | 2/2/89 D | |
| XYZ-8 | Manuel Handleman v. Daniel L. Bell, et al. | S.D.Cal | 82-1378 JLI(M) | | | 2/14/83 D | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-9 | Farris E. Rahall Family Trust v. Nucorp Energy, Inc., et al. | S.D.Cal Irving | 82-0746-G(I) | | | 2/2/89 | |
| B-10 | Seymour Licht, et al. v. Continental Illinois National Bank & Trust Co. of Chicago. 11/29/82 | N.D.Ill. Kocoras | 82C6438 | DEC 15 1982 | 1796 | 11/15/83 | appeal, decided 2/10/86 |
| B-11 | Preston L. Brady, et al. v. Barry J. Galt, Trustee in Bankruptcy of Nucorp Energy, Inc., et al. | W.D.Okla Bohanon | 83 549-B | 6/3/83 | | 11/6/84 | |
| B-12 | Clyde C. LaMar, et al. v. Richard L. Burns, et al. | D.Wyo. Kerr | 083-0016 | 6/3/83 | 83-1034 | 3/29/89 | |
| C-13 | Clyde C. LaMar, et al. v. Continental Illinois National Bank and Trust Co. of Chicago | N.D.Ill. Aspen | 83C2862 | 11/16/83 | 83-2490 | 3/29/89 | |
| C-14 | Executive Life Insurance Company v. Continental Illinois National Bank and Trust Company of Chicago, et. al. 2/6/84 | S.D.N.Y Duffy | 83 Civ. 8377 | | 84-501 | 2/2/89 | |
| XYZ-15 | Republicbank Dallas, National Assn., etc. v. Continental Illinois National Bank and Trust Co. of Chicago, et al. | S.D.Cal Irving | 84-0625-JLI(M) | | | 8/24/88 | |

DOCKET NO. 514 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-16 | O.D. Carlton, II v. Lehman Brothers Kuhn Loeb, Inc., et al. | N.D.Ga. Vining | C83-1692A | 8-2-84 | 84-1742 | 4/2/85 D | con. S. 8/18/ |
| C-17 | The AD HOC Protective Committee for the 19 3/4%-10% Delayed Convertible Debentures of Nucorp Energy, Inc., et al. v. Continental Illinois 4-19-85 National Bank and Trust Co. of Chicago | S.D.N.Y Brieant | 85-CIV-1910 | 5-7-85 | 85-1303 | 1/2/89 D | |
| | July 1985 — 2 TR/3 Dis/13 Pending | | | | | | |
| D-18 | LaSalle National Bank v. Richard L. Burns, et al. 9-13-85 opposed 9/27/85 | N.D.Ill. Nordberg | 85-C-06748 | Denied 4/10/86 | | CTO Vacated | |
| XYZ-19 | Francis J. Campolong, et al. v. Richard L. Burns, et al. | S.D.Cal | 85-1728-JLI(M) | | | 3/17/89 D | |

July 1986 — 1 XYZ; 14 Pdg.
July 1987 — Same
July 1988 — Same
July 1989 — 14 Dis — Litigation Closed

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 514 -- In re Nucorp Energy, Inc., et al. Securities Litigation

---

FRANCIS J. CAMPOLONG, ET AL.
(A-1 and A-4)
Milberg, Weiss, Bershad & Specthrie
2000 Central Federal Tower
225 Broadway
San Diego, CA   92101

SHELDON NADLER (A-2)
David B. Gold
A Professional Law Corp.
120 Montgomery Street
Suite 650
San Francisco, CA   94102

DANIEL L. BELL, JR.
FREDERICK FRANK
JOHN F. MASDEA
FRED HERVEY
A. J. PEARSON
DAVID A. STOLLER
LARRY D. CORL
RICHARD LANGDON
Donald M. Wessling, Esq.
O'Melveny & Myers
400 South Hope Street
Los Angeles, CA   90071-2899

DAVID A. TENWICK
Charles W. Frolich, Jr., Esq.
Peterson, Thelan & Price
530 B. Street
Suite 2300
San Diego, CA   92101-4454

DAVID W. WATT
Luke R. Corbett, Esq.
Scales, Ellsworth & Corbett
530 "B" Street
Suite 2150
San Diego, CA   92101

---

O. MORRIS SIEVERT
Robert C. Wright, Esq.
Wright & L'Estrange
701 "B" Street
Suite 2160
San Diego, California   92101

HAL G. BOLTON
Richard L. Jaeger, Esq.
Paul J. Dion, Esq.
Feldman, Waldman & Kline
235 Montgomery Street
Suite 2700
San Francisco, CA   94102

THE CHARLES R. SAGER, D.D.S.,
P.A. PROFIT SHARING PLAN  (A-3)
Paul M. Bernstein, Esq.
Bernstein, Litowitz, Berger
  & Grossman
875 Thrid Avenue, 21st Floor
New York, New York   10022

ERCO PETROLEUM SERVICES, INC.
A. Thomas Hunt, Esq.
Taylor, Roth & Hunt
617 South Olive Street
Suite 510
Los Angeles, CA   90014

WILDCAT SUPPLY, INC. and
NUCORP ENERGY, INC. (Trustee in
Bankruptcy, Barry J. Galt)
Bob F. McCoy, Esq.
Conner, Winters, Ballaine,
  Barry & McGowen
c/o Nucorp Energy, Inc.
Fifth Avenue Financial Centre
2550 Fifth Avenue
San Diego, CA   92103

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 514 -- In re Nucorp Energy, Inc., et al. Securities Litigation

---

RICHARD L. BURNS
Hayden J. Trubitt, Esq.
Latham & Watkins
701 B Street
Suite 2100
San Diego, CA  92101

ARTHUR ANDERSEN & CO.
James Goldman, Esq.
Kadison, Pfaelzer, Woodward,
  Quinn & Rossi
707 Wilshire Blvd.
40th Floor
Los Angeles, CA  90017

DONALDSON, LUFKIN & JENRETTE
SECURITIES CORPORATION
Mark Segall, Esq.
Davis, Polk & Wardwell
1 Chace Manhattan Plaza
New York, New York  10005

CONTINENTAL ILLINOIS NATIONAL BANK
AND TRUST COMPANY OF CHICAGO
Watson B. Tucker, Esq.
Mayer, Brown & Platt
231 South LaSalle Street
Chicago, Illinois  60604

BACHE HALSEY STUART SHIELDS, INC.
(No Appearance Received)
John A. Collara, Esq.
600 "B" Street
San Diego, CA  92101

DAVID WINSTON (A-7)
DECATUR INCOME FUND (A-5 and A-6)
William G. Scarborough, Esq.
Stradley, Ronon, Stevens & Young
1100 Franklin Plaza
Philadelphia, PA  19102

SEYMOUR LICHT, ET AL. (B-10)
I. WALTON Bader, Esq.
65 Court Street, Room 10
White Plains, NY  10601

---

~~E. MARSHALL NELSON
Douglas L. Thorpe, Esq.
Johnsen, Manfredi & Thorpe
10900 Wilshire Blvd.
11th Floor
Los Angeles, CA  90024~~ *Removed per sty. req. 3/30/ y.r.*

CLYDE C. LAMAR
William R. Fishman, Esq.
O'Connor & Hannan           P.C.
1700 Lincoln Street
Suite 4700
Denver, Colorado  80203

CIRCLE K. CORPORATION
Charles H. Dick, Jr.
MacDonald, Halsted & Laybourne
Wells Fargo Bank Building
101 West Broadway
San Diego, CA  92101

CLYDE C. LaMAR, ET AL. (B-11)(C-13)
William R. Fishman, Esq.
(address listed above)

Dan B. Riggs, Esq.
Suite 110
50 East Loucks Street
Drawer 5059
Sheridan, Wyoming  82801

PRESTON L. BRADY (B-12)
Kenneth I. Jones, Jr., Esq.
Eagleton, Nicholson, Jones
  & Blaney
P.O. Box 657
Oklahoma City, Oklahoma  73101

EXECUTIVE LIFE INSURANCE COMPANY (C-14)
Martin I. Shelton, Esq.
Shea & Gould
330 Madison Avenue
New York, New York 10017

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 514 -- In re Nucorp Energy, Inc., et al. Securities Litigation

| | |
|---|---|
| O. D. Carlton, II (C-16)<br>William E. Sumner, Esq.<br>Sumner & Hewes<br>Suite 208, Grant Building<br>44 Broad Street<br>Atlanta, Georgia<br><br><br>LEHMAN BROTHERS KUHN LOEB, INC.<br><s>JOEL A. BUTLER</s><br><s>FREDERICK FRANK</s><br>Edwin B. Mishkin, Esq.<br>Cleary, Gottlieb, Steen & Hamilton<br>One State Street Plaza<br>New York, New York   10004<br><br><s>Paul W. Stivers, Esq.<br>Rogers & Hardin<br>101 Marietta Tower, 32nd Floor<br>Atlanta, Georgia   30335</s><br><br>THE AD HOC PROTECTIVE COMMITTE FOR THE<br>19 3/4%-10% DELAYED CONVERTIBLE<br>DEBENTURES OF NUCORP ENERGY, INC., ET AL.<br>(C-17)<br>I. Walton Bader, Esquire<br><br>(Same as B-10) | LASALLE NATIONAL BANK (D-18)<br>James E. Spiotto, Esq.<br>Chapman & Cutler<br>111 West Monroe Street<br>Chicago, Illinois   60603 |

JPML FORM 3

p. __1__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 514 -- IN RE NUCORP ENERGY, INC., ET AL. SECURITIES LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| Wildcat Supply<br>Nucorp Energy, Inc., an Ohio Corp.<br>Barry Galt TRUSTEE | A-1, A-2, A-3  A-6  A-7 9  B-11 |
| Richard L. Burns | A-1, A-2, A-3  A-6 8 9  B-11, B-12, C-17<br>D-18 |
| David A. Tenwick | A-1, A-2, A-3  A-6  A-7 8 9  B-11, B-12<br>C-17, D-18 |
| O. Morris Sievert | A-1, A-2, A-3  A-6  A-7 8 9  B-11, B-12<br>C-17, D-18 |
| Alvin J. Pearson | A-1, A-2, A-3  A-6  B-11, B-12, C-17 |
| David A. Stoller | A-1, A-2, A-3  A-6  A-7 8 9  B-11, B-12<br>C-17, D-18 |
| David W. Watt | A-1, A-2, A-3  A-6  A-7 8 9  B-11, B-12<br>C-17, D-18 |
| Frederick Frank | A-1, A-2, A-3  A-6  A-7 8  B-11, B-12, C-16<br>C-17, D-18 |
| John F. Masdea | A-1, A-2, A-3  A-6  A-7 8 9  B-11, B-12<br>C-17, D-18 |
| Daniel L. Bell, Jr. | A-1, A-2, A-3  A-6  A-7 8  9  B-11, B-12<br>C-17, D-18 |
| Donaldson, Lufkin & Jenrette Securities Corp. | A-1, A-2, A-3  A-6  A-7 9 |

| | |
|---|---|
| Hal C. Bolton | A-2 A-6 A-7 8, C-17 |
| Larry D. Corl | A-2 A-6 A-7 8, B-12, C-17 |
| Fred Hervey | A-2 A-3 A-6 A-7 8 9 B-11, B-12, C-17 Q-18 |
| Arthur Anderson & Co. | A-3 A-6 A-7 9 C-14 |
| Bache Halsey Stuart Shields, Inc. | A-3 |
| Erco Petroleum Securities, Inc. | A-3 A-6 A-7 9 C-14 |
| Continental Illinois National Bank and Trust Co. of Chicago | A-4, A-5, B-10, B-11, C-13 C-14 C-15 |
| Clyde C. Lamar | B-11, Q-18 |
| D. Marshall Nelson | B-11, Q-18 |
| Richard Langdon | B-11, B-12 |
| Circle K Corp | B-12 |

JPML FORM 3

p. 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 516 --

| Name of Party | Named as Party in Following Actions |
|---|---|
| Lehman Brothers Kuhn Loeb, Inc | C-16, C-17 |
| Joel A. Butler | C-16 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |