JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

OCT 19 1982

PATRICIA D. HOWARD
CLERK OF THE PANEL

10/19/82

DOCKET NO. 514

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE NUCORP ENERGY, INC., ET AL. SECURITIES LITIGATION

TRANSFER ORDER

This litigation consists of seven actions pending in two districts: five actions in the Southern District of California and two actions in the Northern District of Illinois. Presently before the Panel are two motions, pursuant to 28 U.S.C. §1407, to centralize all actions in the Southern District of California for coordinated or consolidated pretrial proceedings.

On the basis of the papers filed and the hearing held, the Panel finds that these actions involve common questions of fact and that centralization of these actions under Section 1407 in the Southern District of California will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. Common factual questions arise from the allegations in each action that defendants violated various securities laws by engaging in fraudulent conduct and making false statements of material fact as to the financial and operating condition of Nucorp Energy, Inc. Centralization under Section 1407 is therefore necessary in order to prevent duplication of discovery, avoid inconsistent pretrial rulings, and conserve the resources of the parties, their counsel, and the judiciary.

We conclude that the Southern District of California is the most preferable transferee district for this litigation. We note that (1) five of the seven actions are already pending there, and (2) pretrial progress is more advanced in the Southern District of California actions than in the Northern District of Illinois actions.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in the Northern District of Illinois be, and the same hereby are, transferred to the Southern District of California and, with the consent of that court, assigned to the Honorable J. Lawrence Irving for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

SCHEDULE A

MDL-514 -- In re Nucorp Energy, Inc., et al. Securities Litigation
    Southern District of California
  Francis J. Campolong, et al. v. Nucorp Energy, Inc., et al., C. A. No. 82-0298-S(H)
  Sheldon Nadler, D.M.D., P.C., etc. v. Nucorp Energy, Inc., et al., C. A. No. 82-0523-G(I)
  The Charles R. Sager, D.D.S., P.A. Profit Sharing Plan v. Nucorp Energy, Inc., et al., C. A. No. 82-0718-N
  Decatur Income Fund, Inc. v. Nucorp Energy, Inc., et al., C. A. No. 82-0900-G(I)
  David Winston v. Nucorp Energy, Inc., et al., C. A. No. 82-0940-G(I)
    Northern District of Illinois
  Francis J. Campolong, et al. v. Continental Illinois National Bank and Trust Co. of Chicago, C. A. No. 82-C-3204
  Decatur Income Fund, Inc. v. Continental Illinois National Bank and Trust Co. of Chicago, C. A. No. 82-C-4594